1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE MURPHY VALVERDE,<br>aka HENRY VALVERDE,<br><br>Defendant. | Case No.: '21 MJ0400<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT 1

On or about January 2, 2021, within the Southern District of California, defendant ENRIQUE MURPHY VALVERDE, aka HENRY VALVERDE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Walther, model CCP, .380 caliber pistol bearing serial number WM009637 in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 3rd day of February, 2021.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about January 2, 2021, at approximately 1:15pm, Oceanside Police Department ("OPD") officers noticed while on patrol a vehicle traveling westbound in the 1400 block of Olive St. The vehicle had front tinted windows in violation of 26708 CVC. Through the partially rolled down driver side window, officers recognized the driver and sole occupant as Enrique Murphy VALVERDE, aka Henry Valverde ("VALVERDE"), a known Varrio Posole Locos gang member subject to 4th amendment waiver conditions. Officers conducted a traffic stop of the vehicle, at which point the vehicle yielded on Buena St., within the Southern District of California.

Officers approached the vehicle, made contact with VALVERDE and noticed that VALVERDE appeared nervous and was visibly shaking. Initially, VALVERDE stated that he was nervous because he was in possession of a small container with heroin residue. Later, VALVERDE advised officers that he had a firearm on his person.

Officers directed VALVERDE to exit the vehicle at which point officers located a black fanny pack strapped around VALVERDE's waist. Officers searched the fanny pack and located a loaded Walther, model CCP, .380 caliber pistol bearing serial number WM009637. The firearm had been loaded with a magazine containing six (6) rounds of .380 caliber ammunition.

During a search of VALVERDE's vehicle, between the driver seat and center console, officers located a plastic baggie containing five (5) small bindles and one (1) large bindle. The six (6) bindles contained a total of 10.4 grams of a tar like substance resembling heroin. Furthermore, officers located a functioning digital scale on the front passenger seat

and an additional functioning digital scale in the back-seat floorboard area near the passenger side.

Post *Miranda*, VALVERDE stated that he had found the firearm.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 10/01/1993 | CASC- San Diego | 211 PC - Robbery (Felony) | 2 Years' Prison |
| 03/06/1995 | CASC- Vista Branch | 10851(A)VC - Take Veh W/O Owner Consent/Veh Theft | 4 Years' Prison |
| 10/04/2005 | CASD – CORR Donovan | CNT 1: 11379 (A) HS - Transport Etc Controlled Sub<br>CNT 2: 11377 (A) HS – Possess Controlled Sub<br>CNT 3: 11378 (A) HS – Possess Controlled Sub for Sale | 80 Months' Prison<br><br>16 Months' Prison |
| 05/22/2014 | CASD – CORR Chino Central | CNT 1: 11379 (A) HS - Transport Etc Controlled Sub<br>CNT 2: 11379 (A) HS - Transport Etc Controlled Sub<br>CNT 3: 11378 (A) HS – Possess Controlled Sub for Sale | 8 Years' Prison<br><br>2 Years' Prison<br><br>16 Months' Prison |

4

In 2011, a judge signed a permanent gang injunction identifying various members of the Varrio Posole Locos criminal street gang as defendants with the following pertinent provisions:

*Page 8 section (c) states defendants must stay away from drugs in public, to include: (1) participating in the selling, possession or using any controlled substance, or illegal drug, including, but not limited to: heroin, cocaine, cocaine base, methamphetamine, and marijuana.*

*Page 9 section (e) states no guns or dangerous weapons: anywhere in public view or anyplace accessible to the public, (1) possessing any weapons: firearms, including BB guns, airsoft guns, pellet guns and replica guns, ammunition, knives, baseball bats, brass knuckles, or screwdrivers, without a legitimate purpose, or illegal weapon as defined in Penal Code section 12020.*

On May 25, 2011, a detective served VALVERDE with a copy of the judgment by court after default for permanent gang injunction.

The firearm was inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.