UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ENRIQUE MURPHY VALVERDE,<br><br>                                    Defendant. | Case No.:  21CR0686-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter is continued from May 27, 2022 to **Wednesday, July 20, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 24, 2022

Hon. Janis L. Sammartino
United States District Judge